# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

FILED
CHARLOTTE, NC

MAR 27 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

Kelly Ross

VS.　　　　　　Index No. 3:26-CV-254-KDB

Joy Campanelli, Genine D. Edwards, Brian Gottlieb

1. Defendants had ex parte communication,

2. This case is within federal jurisdiction,

3. Plaintiff demands damages to be decided by the Court.

The undersigned declares under penalty of perjury that she is the plaintiff in the above action, that he has read the above complaint and that the information contained in the complaint is true and correct.

Kelly Ross
3/9/26